UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:11-cr-0066-01 (SEB/KPF) |
| ) | |
| KENNETH BELCHER, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Kenneth Belcher's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 11 months in the custody of the Attorney General. Upon Mr. Belcher's release from confinement, he will not be subject to supervised release.

SO ORDERED.

Date: 03/30/2012

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
Assistant U. S. Attorney
Brant.Cook@usdoj.gov

William Marsh,
Office of Indiana Federal Community Defender
Juval.Scott@fd.org

U. S. Parole and Probation

U. S. Marshal